1  DANIEL G. BOGDEN
   United States Attorney
2  BRIAN L. SULLIVAN
   Assistant United States Attorney
3  State Bar of Nevada No. 790
   100 West Liberty St., Suite 600
4  Reno, Nevada 89501
   Tel: (775) 784-5438
5  Fax: (775) 784-5181

```
    ┌─────────────────────────────────────────┐
    │ ✓  FILED         ____ RECEIVED           │
    │ ____ ENTERED      ____ SERVED ON         │
    │         COUNSEL/PARTIES OF RECORD        │
    │   ┌───────────────────────┐              │
    │   │    DEC 1 3 2011        │              │
    │   │                        │              │
    │   └───────────────────────┘              │
    │        CLERK US DISTRICT COURT           │
    │         DISTRICT OF NEVADA               │
    │ BY:_____ DEPUTY       │
    └─────────────────────────────────────────┘
```

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,          )   3:98-CR-116-ECR-RAM
                                      )
10            Plaintiff,              )   MOTION TO WITHDRAW OR STRIKE
                                      )   DOCUMENT NUMBER 34
11                                    )
   MIGUEL QUEVEDO,                    )
12                                    )
              Defendant.              )
13  _____

14        COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN,

15  United States Attorney, and BRIAN L. SULLIVAN, Assistant United States Attorney, and hereby moves

16  the Court to withdraw or strike document number 34, an Order for Dismissal bearing case number 3:99-

17  CR-153-RCJ. This document was filed in error in this case. The Government intended to file this

18  document only in the case of United States v. Miguel Quevedo, case number 3:99-CR-153-RCJ, an

19  indictment for Failure to Surrender for Service of Sentence, in violation of Title 18, United States Code,

20  Section 3146(a)(2).

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26                                          1

1    The Government did not intend to dismiss the indictment in the present case, case number 3:98-

2    CR-116-ECR-RAM.

3                              Dated this 7th day of December, 2011.

4                                         Respectfully Submitted,

5                                         DANIEL G. BOGDEN
                                          United States Attorney
6

7

8                                         BRIAN L. SULLIVAN
                                          Assistant United States Attorney
9

10

11

     IT IS SO ORDERED.
12

13   Dated: _Dec. 13, 2011_

14                                        EDWARD C. REED, JR.
                                          Senior United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26                                           2